## ANICA CONNER - Inspection and Copying of Insurance Policy

**From:** ANICA CONNER
**To:** dsmith@fordharrison.com
**Date:** 8/2/2011 9:41 AM
**Subject:** Inspection and Copying of Insurance Policy

Delaine,

Please provide a date and time this week or next week for an EEOC paralegal to come to your office to inspect and copy New Breed's insurance policy.

Thanks,


Anica C. Conner
Trial Attorney
U.S. Equal Employment Opportunity Commission
1407 Union Ave., Suite 901
Memphis, Tennessee 38104
901-544-0087 (direct)
901-544-0111 (fax)
anica.conner@eeoc.gov