# EXHIBIT 1

**In The Matter Of:**
*EEOC vs.*
*New Breed Logistics*

*Jacquelyn Hines*
*May 19, 2011*

*Alpha Reporting Corporation*
*236 Adams Avenue*
*Memphis, TN 38103*
*901-523-8974*



**ORIGINAL**

Original File 129951n.txt
Min-U-Script® with Word Index

|   |     |                                                              |          |
|---|-----|--------------------------------------------------------------|----------|
| 1 | A.  | Yes.                                                         |          |
| 2 | Q.  | So when I -- today I'm going to refer                        |          |
| 3 |     | to Select Staffing a lot.                                    |          |
| 4 | A.  | Okay.                                                        |          |
| 5 | Q.  | That means Ablest.                                           | 10:28:05 |
| 6 | A.  | Okay.                                                        |          |
| 7 | Q.  | Do you understand that?                                      |          |
| 8 | A.  | Yes.                                                         |          |
| 9 | Q.  | I might call it Select from time to                          |          |
| 10|     | time, too. Do you understand that I mean Select              | 10:28:09 |
| 11|     | Staffing?                                                    |          |
| 12| A.  | Yes.                                                         |          |
| 13| Q.  | So how long did you -- where was the                         |          |
| 14|     | New Breed facility that you worked at?                       |          |
| 15| A.  | Nail Road in Olive Branch.                                   | 10:28:23 |
| 16| Q.  | How long did you work at the Nail Road                       |          |
| 17|     | facility?                                                    |          |
| 18| A.  | I received two paychecks, so I would                         |          |
| 19|     | say two to three weeks.                                      |          |
| 20| Q.  | And what were you doing at the Nail                          | 10:28:49 |
| 21|     | Road facility?                                               |          |
| 22| A.  | Actually, we were still setting up.                          |          |
| 23| Q.  | Do you remember how much you were                            |          |
| 24|     | making?                                                      |          |
| 25| A.  | No, I don't.                                                 | 10:29:00 |

1  Q.   And this job on Nail Road, that was
2  not through a staffing company, right?
3  A.   No.
4  Q.   So on the application where it said                10:29:19
5  had you ever been employed by New Breed before,
6  you checked no, right?
7  A.   Yes.
8  Q.   What was your understanding of what
9  you would be doing at the Nail Road facility
10 after the setup?                                         10:29:33
11 A.   Packing, receiving.
12 Q.   I think I just asked you this, but I
13 don't remember the answer.  Do you know how much
14 you were making when you were working at the Nail
15 Road facility?                                           10:30:07
16 A.   No.
17 Q.   Was it the same that you were making
18 when you were at the other New Breed facility?
19 A.   I don't remember.  I think it was a
20 little bit more, but I don't remember exactly how        10:30:20
21 much.
22 Q.   It was more than $10 an hour?
23 A.   Yes.
24      MR. DEGROFF:  Okay.  We need to
25 change the tape on the camera.  Why don't we             10:30:38

54                    Jacquelyn Hines - May 19, 2011

|    |                                                                      |            |
|----|----------------------------------------------------------------------|------------|
| 1  | take a few minutes.  Okay?                                           |            |
| 2  | THE WITNESS:  Okay.                                                  |            |
| 3  | MR. DEGROFF:  And then we'll come                                    |            |
| 4  | back and keep going.                                                 |            |
| 5  | THE VIDEOGRAPHER:  The time is now                                   | 10:30:45   |
| 6  | 10:30.  This is the end of Tape 1.  We're going                      |            |
| 7  | off the record.                                                      |            |
| 8  | (BRIEF RECESS.)                                                      |            |
| 9  | THE VIDEOGRAPHER:  The time is now                                   |            |
| 10 | 10:44.  This is the beginning of Tape 2.  We're                      | 10:44:59   |
| 11 | back on the record.                                                  |            |
| 12 | BY MR. DEGROFF:                                                      |            |
| 13 | Q.    Ms. Hines, do you know that you're                             |            |
| 14 | still under oath?                                                    |            |
| 15 | A.    Yes.                                                           | 10:45:08   |
| 16 | Q.    Is there any reason why you can't                              |            |
| 17 | continue to answer my questions truthfully and                       |            |
| 18 | accurately?                                                          |            |
| 19 | A.    No.                                                            |            |
| 20 | Q.    All right.  What was the reason you                            | 10:45:14   |
| 21 | were told that you were terminated from New Breed                    |            |
| 22 | when you were working at the Nail Road facility?                     |            |
| 23 | A.    I was told that they were an at will                           |            |
| 24 | company and to read my handbook.                                     |            |
| 25 | Q.    Who told you that?                                             | 10:45:38   |

| | | |
|---|---|---|
| 1 | A. | I don't remember. |
| 2 | Q. | Did you have a copy of the handbook? |
| 3 | A. | No. |
| 4 | Q. | Never were given a copy of the handbook? |
| 6 | A. | Oh, was I -- did I receive one? Yes. |
| 7 | Q. | Okay. Do you know who made the decision to terminate you from New Breed when you were working at the Nail Road facility? |
| 10 | A. | No. |
| 11 | Q. | Do you know what they considered in making that decision? |
| 13 | A. | No. |
| 14 | Q. | Do you know who they consulted in making that decision? |
| 16 | A. | No. |
| 17 | Q. | Do you think that was discrimination when you were fired from the Nail Road facility at New Breed? |
| 20 | A. | It could have been, but I don't know. |
| 21 | Q. | Do you think it was retaliation when you were fired from the Nail Road facility at New Breed? |
| 24 | A. | Yes. |
| 25 | Q. | Why do you think that? |

Timestamps: 10:45:50, 10:46:15, 10:46:26, 10:46:35, 10:46:47

|   |   |   |   |
|---|---|---|---|
| 1 | A. | I didn't feel like I gave them a reason to terminate me. | |
| 3 | Q. | Other than the feeling that you didn't give them a reason to terminate you, was there any other reason why you felt that your termination from New Breed's Nail Road facility was retaliatory? | 10:47:00 |
| 8 | A. | Now, yes, since I know that they got a lawsuit against them, so I guess they found out about that or something. I don't know. | 10:47:22 |
| 11 | Q. | But you're guessing there? | |
| 12 | A. | That's what I think. | |
| 13 | Q. | Why do you think that? | |
| 14 | A. | Because like I said, I -- I did my job and I was there on time every day, so I didn't think that I gave them a reason to terminate me. | 10:47:35 |
| 17 | Q. | So the one reason I've heard that you think that it was retaliation was that you hadn't given New Breed a reason to fire you from the Nail Road facility? | 10:47:50 |
| 21 | A. | Any -- no. | |
| 22 | Q. | Okay. Any other reason why you think it was retaliation? | |
| 24 | A. | No. | |
| 25 | Q. | How long did you plan to work at New | 10:48:05 |