# In The Matter Of:
*EEOC vs.*
*New Breed Logistics*

*Capricius Pearson*
*May 17, 2011*

*Alpha Reporting Corporation*
*236 Adams Avenue*
*Memphis, TN 38103*
*901-523-8974*



Original File 12993ln.txt
Min-U-Script® with Word Index



EXHIBIT H

```
1    Q.    And so you could pull off your
2  Facebook information if you wanted to?
3    A.    I could pull it up, yes, sir.
4    Q.    And you've not pulled it up and
5  provided to your lawyers at the EEOC?
6    A.    No, sir.
7    Q.    Is it true that you rarely utilize
8  your Facebook over the past several years?
9    A.    That's Myspace.
10   Q.    Myspace you rarely utilize?
11   A.    Yes, sir.
12   Q.    Okay.  What is your Myspace account?
13   A.    It's www.myspace.com/Gemini --
14  G-E-M-I-N-I -- 247 or 23247, one.  I'm not --
15         MR. BRITT:  Did you get all that?
16         THE COURT REPORTER:  I got it.
17         MR. BRITT:  Okay.
18  BY MR. BRITT:
19   Q.    And Myspace, you -- when's the last
20  time you've been on Myspace?
21   A.    Not too long ago.
22   Q.    What do you mean by that?
23   A.    Probably a week or two, something like
24  that.
25   Q.    And how about Facebook?  Do you have a
```

1  Facebook page?
2     A.    Yes, sir.
3     Q.    And how often are you on Facebook?
4     A.    Every day.
5     Q.    Every day.  What is your name on
6  Facebook?
7     A.    If you type it in, it's going to be
8  Capricius Pearson or Caprecius@BellSouth.net.
9     Q.    Do you have -- when you go to your
10 Facebook page, does it -- it has Capricius
11 Pearson on it?
12    A.    Yeah.  It has my nickname on there,
13 also.
14    Q.    What's your nickname?
15    A.    All That Ass Bash.
16    Q.    All That Ass?
17    A.    Yes, sir, Bash.
18    Q.    Bash?
19    A.    B-A-S-H-A.
20    Q.    And how did you get that nickname?
21    A.    Me and some friends were on Facebook
22 and they were pick -- picking out names to decide
23 what my name would be, and that was a name and I
24 put it up there.
25    Q.    How long ago was that?