*UNITED STATES DISTRICT COURT*
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

---

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**

       **Plaintiff(s)**

**VS**

**NEW BREED LOGISTICS,**

       **Defendant(s)**

**JUDGMENT IN A CIVIL CASE**

**CASE NO: 10-2696-STA**

---

**JURY VERDICT.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**IT IS SO ORDERED AND ADJUDGED**  that in accordance with the jury verdict rendered on May 9, 2013, judgment is hereby entered for plaintiff, Equal Employment Opportunity Commission, and against defendant, New Breed Logistics; Claimant Tiffany Pete is awarded the amounts of $100,000.00 in compensatory damages, $61,552.87 in lost wages, income or fringe benefits, and $200,000.00 in punitive damages; Claimant Capricius Pearson is awarded the amounts of $100,000.00 in compensatory damages, $20,412.57 in lost wages, income or fringe benefits, and $200,000 in punitive damages; Claimant Jacquelyn Hines is awarded the amounts of $100,000.00 in compensatory damages, $80,163.30 in lost wages, income or fringe benefits, and $200,000.00 in punitive damages; and Claimant Christopher Partee is awarded the amounts of $186,000.00 in compensatory damages, $14,966.23 in lost wages, income or fringe benefits, and $250,000.00 in punitive damages.  This cause is hereby dismissed.

**APPROVED:**

s/ S. Thomas Anderson
**UNITED STATES DISTRICT COURT**

**DATE: 5/10/2013**

                         THOMAS M. GOULD
                         Clerk of Court

                          s/Terry L. Haley
                       (By)   Deputy Clerk